**Armando Llamas CAMACHO; Rosa Ramirez, Petitioners,**

v.

**John ASHCROFT, Attorney General, Respondent.**

No. 02–71365.

Agency Nos. A75–496–085, A75–495–979.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 17, 2004.*

Decided Feb. 25, 2004.

Armando Llamas Camacho, pro se, Lakewood, CA, for Petitioners.

Regional Counsel, Western Region Immigration & Naturalization, Laguna Niguel, CA, Los Angeles District Counsel, Office of the District Counsel, Department of Homeland Security, Los Angeles, CA, Ronald E. LeFevre, Chief Legal Officer, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, David V. Bernal, Attorney, Nelda C. Reyna, Washington, DC, for Respondent.

Before FERNANDEZ, W. FLETCHER, and TALLMAN, Circuit Judges.

MEMORANDUM**

Armando Llamas Camacho and his wife Rosa Ramirez, natives and citizens of Mexico, petition for review of the Board of Immigration Appeals' ("BIA") summary affirmance of an Immigration Judge's

("IJ") decision denying their applications for cancellation of removal. We dismiss in part and deny in part the petition for review.

We lack jurisdiction over the IJ's "exceptional and extremely unusual hardship" determination because it involves an exercise of discretion and the petitioners did not allege a colorable due process claim. *See Torres–Aguilar v. INS,* 246 F.3d 1267, 1271 (9th Cir.2001).

The petitioners' contention that the BIA's streamlining procedures violate due process is foreclosed by *Falcon Carriche v. Ashcroft,* 350 F.3d 845, 850–51 (9th Cir. 2003).

**PETITION DISMISSED in part and DENIED in part.**

**Ramona Perez SANCHEZ, Petitioner,**

v.

**John ASHCROFT, Attorney General, Respondent.**

No. 02–71379.

Agency No. A75–591–852.

United States Court of Appeals, Ninth Circuit.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

Submitted Feb. 17, 2004.*

Decided Feb. 25, 2004.

Judith L. Wood, Los Angeles, CA, for Petitioner.

Regional Counsel, Western Region, Immigration & Naturalization Service, Laguna Niguel, CA, Los Angeles District Counsel, Office of the District Counsel Los Angeles, CA, Ronald E. LeFevre, Chief Legal Officer, Office of the District Counsel, San Francisco, CA, Anh–Thu P. Mai, Margaret K. Taylor, DOJ–U.S. Department of Justice, Washington, DC, for Respondent.

Before FERNANDEZ, W. FLETCHER, and TALLMAN, Circuit Judges.

MEMORANDUM**

Ramona Perez Sanchez, a native and citizen of Mexico, petitions for review of a Board of Immigration Appeals' ("BIA") decision summarily affirming the Immigration Judge's ("IJ") denial of her application for cancellation of removal. We dismiss in part and deny in part the petition for review.

We lack jurisdiction over the IJ's "exceptional and extremely unusual hardship" determination because it involves an exercise of discretion and Sanchez did not allege a colorable due process claim. *See Torres–Aguilar v. INS*, 246 F.3d 1267, 1271 (9th Cir.2001).

Sanchez's contention that the BIA's streamlining procedures violate due process is foreclosed by *Falcon Carriche v. Ashcroft*, 350 F.3d 845, 850–51 (9th Cir. 2003).

All remaining contentions are unpersuasive.

**PETITION DISMISSED in part and DENIED in part.**

v.

**John ASHCROFT, Attorney General, Respondent.**

No. 02–71362.
**Agency Nos. A75–496–873, A75–496–872.**

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 17, 2004.*

Decided Feb. 25, 2004.

Maria Guadalupe Murguia–Legaspi, Jose Antonio Cardenas–Alvarado, Anaheim, CA, for Petitioners.

---

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).